FILED
2023 Apr-04  AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
2/28/2023 10:17 PM
01-CV-2023-900695.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-2023-900695.00<br><br>Date of Filing:<br>02/28/2023 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

**ANSLEY DUNNING v. LVNV FUNDING LLC ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other       ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| WAT056 | 2/28/2023 10:17:32 PM | /s/ JOHN GRIFFIN WATTS |
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
2/28/2023 10:17 PM
01-CV-2023-900695.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **ANSLEY DUNNING,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | |
| **LVNV FUNDING LLC;** | ) | |
| **RESURGENT CAPITAL** | ) | |
| **SERVICES L.P;** | ) | |
| **Fictitious Defendants "A", "B" and** | ) | **Jury Demanded** |
| **"C" thereby intending to refer to** | ) | |
| **the legal entity, person, firm or** | ) | |
| **corporation which was responsible** | ) | |
| **for or conducted the wrongful acts** | ) | |
| **alleged in the Complaint; Names of** | ) | |
| **the Fictitious parties are unknown** | ) | |
| **to the Plaintiff at this time but will** | ) | |
| **be added by amendment when** | ) | |
| **ascertained** | ) | |
| | ) | |
| **Defendants.** | ) | |

## **COMPLAINT**

1. This action arises out of repeated violations of the of the Fair Debt Collection Practices Act by **LVNV and Resurgent** against **Plaintiff**.

2. **LVNV** and **Resurgent** violated the Fair Debt Collection Practices Act (FDCPA) by providing false information to Equifax, Experian, and Trans Union about **Plaintiff** when **LVNV and Resurgent** knew or should have known such information was not correct.

## JURISDICTION

3.   Personal jurisdiction exists over **all Defendants** as they have the necessary minimum contacts with the State of Alabama and this suit arises out of their specific conduct with **Plaintiff**, all arising from credit reporting after **LVNV's** Alabama collection suit against **Plaintiff** was dismissed with prejudice.

## VENUE

4.   Venue is proper as **Plaintiff** lives in Alabama, and **all Defendants** do business in this judicial district.

## PARTIES

5.   Plaintiff **Ansley Dunning** (hereinafter "**Plaintiff**") is a natural person who is a resident of Alabama who **LVNV** sued in Alabama state court that was dismissed in **November 2021**.

6.   **LVNV Funding LLC** ("**LVNV**") is a foreign firm that is a "debt collector" under the FDCPA.

7.   **Resurgent Capital Services L.P.** ("Defendant" or "**LVNV**[1]") is a foreign firm that is a "debt collector" under the FDCPA.

---

[1] "**LVNV Funding, LLC**" or "**Resurgent Capital Services L.P.**" or "**LVNV**" means both of these companies whether they acted directly or through their debt collectors, employees and agents who credit reported against **Plaintiff**, or otherwise took any collection action against **Plaintiff**.

8.     In this case, Defendants **LVNV Funding, LLC** and **Resurgent Capital Services L.P.** acted as agents for each other, and all actions taken by one entity were taken on behalf of the other entity.  As one simple example, in the credit reporting both entities are listed as being responsible for reporting the debt to the consumer reporting agencies.

9.     **LVNV Funding, LLC** and **Resurgent Capital Services L.P.** operate out of the same location, have the same ownership, and treat and act as if they were one entity.

10.    **LVNV Funding, LLC** and **Resurgent Capital Services L.P.** are hereinafter referred to collectively as "**LVNV**" or "**Defendant LVNV**".

11.    **LVNV** allegedly buys defaulted consumer debt.

12.    **LVNV** has as its principal purpose debt collection including credit reporting.

13.    These companies are operated from the same location, with the same ownership, and are otherwise treated as one company.

14.    **Fictitious Defendants "A", "B" and "C"** thereby intending to refer to the legal entity, person, firm, or corporation which was responsible for or conducted the wrongful acts alleged in the Complaint; names of the Fictitious parties are unknown to the **Plaintiff** at this time but will be added by amendment when ascertained.

15.  Any reference to any **Defendant** refers to that **Defendant** as well as the **Fictitious Defendants** and any reference to **Defendants** refers to all **Defendants** along with the **Fictitious Defendants.**

## FACTS

16.  On **August 18, 2021**, **Defendant LVNV** sued **Plaintiff** in a collection lawsuit with the case number of 43-SM-2021-900684.00 in the District Court (Small Claims) of Lee County, Alabama.

17.  The lawsuit stated the underlying account was a WebBank account and the amount sued for was $809.13.

18.  **Plaintiff** denied owing **Defendant LVNV** any money.

19.  On **November 4, 2021**, **Defendant LVNV** asked the court to dismiss the case with prejudice.

20.  On **November 15, 2021**, District Judge Russell K. Bush dismissed the case with prejudice.

21.  A dismissal with prejudice means the debt is not owed.

22.  A dismissal with prejudice is an adjudication on the merits.

23.  Since the debt is not owed, it cannot be reporting on **Plaintiff's** credit reports.

24.  But **Defendant LVNV** chose to report this account on **Plaintiff's** credit reports after the dismissal with prejudice until it was finally removed after

Plaintiff was forced to dispute the bogus account with the credit reporting agencies Equifax, Experian, and Trans Union.

### Recognition By Congress Of Widespread Abuse By Debt Collectors Such As Defendant LVNV

25.   Congress found it necessary to pass the FDCPA due to rampant abusive practices by dishonorable debt collectors.

26.   Congress recognized that there are four social ills caused by abusive debt collection:  (1) Unnecessary personal bankruptcies; (2) Marital instability; (3) Loss of jobs; and (4) Invasions of individual privacy.

27.   Congress also found that it is fundamentally unfair for the abusive collection agencies to have an unfair competitive advantage over those honorable debt collectors that decide to obey the law and follow the rules.

28.   15 USC § 1692 is entitled "Congressional findings and declaration of purpose" and it states as follows:

(a)   There is **abundant evidence** of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. **Abusive debt collection practices contribute** to the number of personal bankruptcies, to marital instability, to the loss of jobs, and **to invasions of individual privacy**.

(b)   Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

(c)   **Means other than** misrepresentation or other **abusive debt collection practices are available for the effective collection of debts**.

(d)   Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt

collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

(e)    It is the **purpose** of this title to **eliminate abusive debt collection practices** by debt collectors, to **insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged**, and to promote consistent State action to protect consumers against debt collection abuses.

[Emphasis added].

29.    Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes and is, therefore, a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

30.    The debt was related to a debt that was used for personal, family or household purposes.

31.    **Defendant LVNV** claims the account defaulted and then after the default was sold to **Defendant LVNV**.

32.    At the time that the debt was allegedly transferred, assigned, or otherwise obtained or received by **Defendant LVNV**, the debt was in default and past due.

33.    **Defendant LVNV** is considered a "debt collector" and began engaging in debt collection activities against Plaintiffs.

34.    **Defendant LVNV** uses instrumentalities of interstate commerce and uses the mail system in its collection efforts.

35.    **Defendant LVNV** places calls across state lines.

36.    **Defendant LVNV** mails letters from out of state into the state where the consumer lives.

37.    **Defendant LVNV** uses electronic communications with consumers in various states.

38.    **Defendant LVNV** transmits credit information to one or more consumer reporting agencies which are in different states.

39.    All **Defendant LVNV** actions are designed with to accomplish its goal of collecting alleged debt from consumers.

40.    All the **Defendant LVNV** actions related in any way to the collection of debts allegedly owed by Plaintiff to **Defendant LVNV** affect interstate commerce whether they are interstate in nature or intrastate – they all impact interstate commerce and are subject to the FDCPA.

41.    The primary and principal business of **Defendant LVNV** is to collect alleged defaulted debts.

42.    The primary and principal business of **Defendant LVNV** is to collect debts allegedly owed to others or allegedly owed to itself which were defaulted debts at the time **Defendant LVNV** received the debt.

43.    **Defendant LVNV** as a debt collector has continued to credit report on **Plaintiff** that **Plaintiff** owed this debt, long after the lawsuit to collect the debt was dismissed with prejudice.

44.     The contract giving rise to the alleged debt does not allow **Defendant LVNV** to falsely credit report and to do so not only goes against the contract but also the law.

45.     For **Defendant LVNV** to claim (falsely) that **Plaintiff** owes money to **Defendant LVNV** (when **Plaintiff** owes nothing to **LVNV**) is deceptive, misrepresents the truth, and is designed to harass, oppress and harm **Plaintiff**.

## Damages Suffered By Plaintiff Due To The Actions Of All Defendants

46.     **Plaintiff** has suffered actual damages because of these illegal actions by **each Defendant** in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions (and **Plaintiff** had physical manifestations of such emotions), damage to credit, economic loss, as well as suffering from unjustified and abusive invasions of personal privacy.   All such damages have been suffered in the past, are continuing to be suffered, and such damages will continue in the future.

47.     All actions (and omissions) by any employee or agent of **each Defendant** were taken in the line and scope of such employment or agency relationship.

## CAUSE OF ACTION

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692

48. **Defendant LVNV and Defendant Resurgent are** debt collectors subject to the FDCPA.

49. The alleged debt at issue is a consumer debt under the FDCPA and is covered by the FDCPA.

50. The **Plaintiff** is a consumer and is covered by the FDCPA.

51. **Defendant LVNV and Defendant Resurgent** violated the FDCPA, including the following Sections:   1692d, 1692e, 1692e(2), 1692e(5), 1692e(8), 1692e(10), 1692f and 1692f(1) as described in this Complaint.

52. The conduct of **Defendant LVNV and Defendant Resurgent** has proximately caused **Plaintiff** past and future monetary loss, past and future damage to **Plaintiff's** credit and credit worthiness, past and future mental distress, and emotional anguish along with physical manifestations, and other damages that will be presented to the trier of fact.

## **PRAYER FOR RELIEF**

**WHEREFORE**, **PREMISES CONSIDERED, Plaintiff** prays that judgment be entered against **each Defendant** for all damages allowable (including statutory, actual, compensatory, nominal, and punitive), costs, expenses, attorney fees, injunctive relief to prevent further violations, and for such other and further relief as may be just and proper.

Respectfully Submitted,

**/s/ John G. Watts**
**John G. Watts (WAT056)**
**M. Stan Herring (HER037)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

## **PLAINTIFF DEMANDS A TRIAL BY JURY**

**Serve defendants via certified mail at the following address:**

**LVNV Funding LLC**
c/o Corporation Service Company Inc.
641 South Lawrence Street
Montgomery, AL 36104

**Resurgent Capital Services L.P.**
c/o Corporation Service Company Inc.
641 South Lawrence Street
Montgomery, AL 36104



AlaFile E-Notice

01-CV-2023-900695.00

To:   JOHN GRIFFIN WATTS
      john@wattsherring.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following complaint was FILED on 2/28/2023 10:17:34 PM

Notice Date:      2/28/2023 10:17:34 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2023-900695.00

To:  LVNV FUNDING LLC
     C/O CORPORATION SVC CO
     641 SOUTH LAWRENCE ST.
     MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following complaint was FILED on 2/28/2023 10:17:34 PM

Notice Date:     2/28/2023 10:17:34 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900695.00

To: RESURGENT CAPITAL SERVICES L.P.
C/O CORPORATION SVC CO
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following complaint was FILED on 2/28/2023 10:17:34 PM

Notice Date:    2/28/2023 10:17:34 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2023-900695.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ANSLEY DUNNING V. LVNV FUNDING LLC ET AL

**NOTICE TO:** LVNV FUNDING LLC, C/O CORPORATION SVC CO 641 SOUTH LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS

,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203                                    .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of <u>ANSLEY DUNNING</u>
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 02/28/2023 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JOHN GRIFFIN WATTS
                                             *(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*              *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____
*(Type of Process Server)*        *(Server's Signature)*            *(Address of Server)*

                          _____    _____
                          *(Server's Printed Name)*         *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2023-900695.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### ANSLEY DUNNING V. LVNV FUNDING LLC ET AL

**NOTICE TO:** RESURGENT CAPITAL SERVICES L.P., C/O CORPORATION SVC CO 641 SOUTH LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN GRIFFIN WATTS

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 301 19th Street North, BIRMINGHAM, AL 35203

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ANSLEY DUNNING pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/28/2023 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JOHN GRIFFIN WATTS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

*(Name of Person Served)* in *(Name of County)* County,

Alabama on

*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
ANSLEY DUNNING V. LVNV FUNDING LLC ET AL

01-CV-2023-900695.00

To:  CLERK BIRMINGHAM
     clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $30.46

Parties to be served by Certified Mail - Return Receipt Requested

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

LVNV FUNDING LLC                                    Postage: $15.23
C/O CORPORATION SVC CO
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL 36104

RESURGENT CAPITAL SERVICES L.P.                     Postage: $15.23
C/O CORPORATION SVC CO
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL 36104

Parties to be served by First Class Mail



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LVNV FUNDING LLC<br>C/O CORPORATION SVC CO<br>641 SOUTH LAWRENCE ST.<br>MONTGOMERY, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>S/O<br><br>CV-23-900695 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7949 2305 3162 34 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery<br>☒ Certified Mail® ☐ Signature Confirmation™<br>☐ Certified Mail Restricted Delivery ☒ Signature Confirmation<br>☐ Collect on Delivery   Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7022 2410 0003 0069 9827 | ☐ ail<br>☐ ail Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



7022 2410 0003 0069 9827

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICAL

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark
Here

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESURGENT CAPITAL SERVICES L.P.
C/O CORPORATION SVC CO
641 SOUTH LAWRENCE ST.
MONTGOMERY, AL 36104

9590 9402 7949 2305 3162 41

2. Article Number *(Transfer from service label)*
7022 2410 0003 0069 9834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SIC        D2

CV- 23- 900 695

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

LVNV FUNDING LLC

C/O CORPORATION SVC CO

641 SOUTH LAWRENCE ST.

MONTGOMERY, AL 36104



9590 9402 7949 2305 3162 34

2. Article Number *(Transfer from service label)*

7022 2410 0003 0069 9827

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Kelly Webster*   ☑ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

                                     3-3-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/0

CV - 23 - 900695

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☑ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



USPS TRACKING#

MONTGOMERY AL 350

8 MAR 2023 PM 3 L

First Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7949 2305 3162 34



United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 08 2023

JACQUELINE ANDERSON SMITH
CLERK

AlaFile E-Notice

01-CV-2023-900695.00

Judge: JAVAN J. PATTON

To: WATTS JOHN GRIFFIN
john@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following matter was served on 3/3/2023

**D001 LVNV FUNDING LLC**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

AlaFile E-Notice

01-CV-2023-900695.00

Judge: JAVAN J. PATTON

To:  HERRING MYLES STANLEY JR.
     stan@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following matter was served on 3/3/2023

**D001 LVNV FUNDING LLC**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESURGENT CAPITAL SERVICES L.P.

C/O CORPORATION SVC CO
641 SOUTH LAWRENCE ST.

MONTGOMERY, AL 36104

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7949 2305 3162 41


7022 2410 0003 0069 9834

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Bowser*          ☑ Agent
                          ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                      3-6-23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

S/C        D2

CV-23-900 | 95

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
   ...ail Restricted Delivery
   ...))

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**USPS TRACKING #**

9590 9402 7949 2305 3162 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

MAR 13 2023

JACQUELINE ANDERSON SMITH
CLERK

AlaFile E-Notice

01-CV-2023-900695.00

Judge: JAVAN J. PATTON

To:   WATTS JOHN GRIFFIN
      john@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following matter was served on 3/6/2023

**D002 RESURGENT CAPITAL SERVICES L.P.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-900695.00

Judge: JAVAN J. PATTON

To:  HERRING MYLES STANLEY JR.
     stan@wattsherring.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

ANSLEY DUNNING V. LVNV FUNDING LLC ET AL
01-CV-2023-900695.00

The following matter was served on 3/6/2023

D002 RESURGENT CAPITAL SERVICES L.P.
Corresponding To
CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov